## RECONSIDERATION DOCKET

**98–913. State v. Green.**

Lucas C.P. No. 971450. Reported at 90 Ohio St.3d 352, 738 N.E.2d 1208. On motion for reconsideration. Motion denied.

RESNICK, J., dissents.

**98–980. State v. Campbell.**

Franklin C.P. No. 97CR042020. Reported at 90 Ohio St.3d 320, 738 N.E.2d 1178. On motions for reconsideration. Motions denied.

DOUGLAS and RESNICK, JJ., would grant the state's motion for reconsideration.

**99–2216 and 00–56. Mayer v. Bristow.**

Crawford App. No. 3–98–29. Reported at 91 Ohio St.3d 3, 740 N.E.2d 656. On motion for reconsideration and on *amicus curiae* motion for leave to file under S.Ct.Prac.R. XI by Laurence A. Neuton. Motions denied.

DOUGLAS, J., dissents.

COOK and LUNDBERG STRATTON, JJ., not participating.

**00–1100. Disciplinary Counsel v. Oglesby.**

Reported at 90 Ohio St.3d 455, 739 N.E.2d 346. On motion for reconsideration. Motion denied.

DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.

**00–1634. Cleveland v. Paterakis.**

Cuyahoga App. No. 77878. Reported at 90 Ohio St.3d 1480, 738 N.E.2d 1253. On motion for reconsideration. Motion denied.

**00–1690. McDonald v. State Farm Mut. Auto. Ins. Co.**

Cuyahoga App. No. 76808. Reported at 90 Ohio St.3d 1484, 738 N.E.2d 1256. On motion for reconsideration. Motion denied.

DOUGLAS and RESNICK, JJ., dissent.

**00–1749. State v. Kelly.**

Franklin App. No. 99AP–1302. Reported at 90 Ohio St.3d 1490, 739 N.E.2d 815. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.